# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

|  |  |
|---|---|
| **TO:** | Leah Chalmers Janus |
|  | David R. Marshall |
|  | Kyle W. Ubl |
|  | William Thomas Wheeler |
| **CC:** | Michael Morelli |
|  | Andrew A. Nicely |
|  | Faust Sarah |
| **FROM:** | Hillary A. Grupe |
| **DATE:** | July 26, 2024 |
| **RE:** | 24-2154  Minnesota Bankers Assoc., et al v. FDIC, et al |

Your brief in the above-referenced case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

**X**___ ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10).
*-The Standard of Review should be placed at the beginning of the Argument, <u>not</u> before. Please remember to update the Table of Contents.*

**X**___ REFERENCES TO THE RECORD. See 8th Cir. R. 28A(j)
   **X**___ References to the record in civil cases must be made to the Appendix page number(s) AND the district court docket number, and page number of the document (App._____  R. Doc. _____ , at _____ .)
*-The references are not in the correct order.  'App.' should be placed before 'R.Doc.'. If the addendum is also being referenced, it should be placed last.*
(App._____  R. Doc. _____ , at _____ Add._____.)

Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.