# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 24-2154

_____

Minnesota Bankers Association; Lake Central Bank

Plaintiffs - Appellants

v.

Federal Deposit Insurance Corporation; Martin J. Gruenberg, in his official capacity as Chairman of the Federal Deposit Insurance Corporation

Defendants - Appellees

------------------------------

American Bankers Association; State Bankers Associations; Missouri Bankers Association; Arkansas Bankers Association; Iowa Bankers Association; Nebraska Bankers Association; North Dakota Bankers Association; South Dakota Bankers Association; ITS, Inc.

Amici on Behalf of Appellant(s)

_____

Appeal from U.S. District Court for the District of Minnesota
(0:23-cv-02177-PAM)

_____

**JUDGMENT**

Before COLLOTON, Chief Judge, ERICKSON, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 17, 2025

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Susan E. Bindler